UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL BEAN, | ) |
| Plaintiff, | ) Case No. CV16-8770 AJW |
| v. | ) J U D G M E N T |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is affirmed.

September 27, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge